IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-00626-RBJ

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

TOUCHSTONE MEDICAL IMAGING, LLC,

Defendant.

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)**

The parties, by and through their respective attorneys, Ari Hillel Marcus on behalf of Plaintiff; and Alice Conway Powers on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case  closed.

Respectfully submitted this 2nd day of October 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF


/s/ Alice Conway Powers
Alice Conway Powers
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street
Suite 4000
Denver, CO 80203
alice.powers@lewisbrisbois.com
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of October, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Alice Conway Powers
alice.powers@lewisbrisbois.com

                                              /s/ *Ari H. Marcus*